TO:        James Molinelli
        Miscellaneous Clerk

FROM:    Rosiani L. Schuricht
        U.S. Probation Officer

RE:        ... Bagayoko
        AKA Theodore Camara
        Docket # to be assigned

OFFENSE: Conspiracy to Commit Fraud 18 USC 371 and Bank Fraud and Aiding and Abetting 18 USC 1344

ORIGINAL SENTENCE: 21 months imprisonment on each of Counts 1,2,3 & 4 to run concurrently; Five (5) year term of Supervised Release

SPEC. CONDITIONS: Restitution of $373,573.03 at the rate of $200 per month; If deported by BICE, shall not re-enter the US unless allowed to do so legally; Financial disclosure; no new credit without Probation's approval;

**08 CRIM 768**

DATE OF
SENTENCE: 1/26/04

AUSA: To be Assigned

DATE:    August 11, 2008

ATTACHMENTS: PSI <u>X</u>   JUDGMENT <u>X</u>   PREVIOUS REPORTS   VIOLATION PETITION

REQUEST FOR:   WARRANT____     SUMMONS ____    COURT DIRECTION __X__

## INCOMING TRANSFER OF JURISDICTION

On January 26, 2004, the above referenced individual was sentenced in the Middle District of Florida, under Dkt # 03 CR 11 by the Honorable Harvey F. Schlesinger, U.S. District Judge to 24 months imprisonment to be followed by a five (5) year term of Supervised Release after he pled guilty as viewed above.

Mr. Bagayoko was released to our district for supervision on July 30, 2004 as his family resides within the confines of the Southern District of New York and he sought to be reunited with them. The sentencing district has initiated transfer of jurisdiction, pursuant to 18 USC 3605 and we find the plan as presented acceptable. Attached, please find 2 copies of Probation form # 22 that were executed by Judge Schlesinger.

We hereby request that a judge in our district be selected and a docket number assigned. Once this is completed, please return a copy of the Probation form # 22 to the undersigned, so that we may forward it to the sentencing district informing them of our acceptance of the transfer of jurisdiction and for processing.

Sincerely yours,

Rosiani L. Schuricht
U.S. Probation Officer

8·11·08

Victor W. Jeffery      Date
Supervising U.S. Probation Officer